IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LINDA KNOEFERL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE NO. 1:16CV00152 JRH-BKE |
| CRACKER BARREL OLD COUNTRY | ) | |
| STORE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION TO EXTEND DISCOVERY PERIOD

Comes now Plaintiff LINDA KNOEFERL and Defendant CRACKER BARREL OLD COUNTRY STORE, INC., (hereinafter the "Parties"), and by and through their attorneys of record, request that the Court extend discovery for an additional sixty (60) days, up to and including Friday, July 14, 2017, and in support thereof shows this Court the following:

1.

According to the initial Scheduling Order issued by this Court on November 3, 2016, the discovery period was due to close on March 14, 2017.

2.

By consent, the parties sought and were granted an extension of time for discovery until May 15, 2017. Since that time, the parties have propounded and responded to written discovery requests, and have deposed the parties and lay witnesses.

3.

Further, the deadline for civil motions other than those *in limine* is currently set for June 14, 2017.

- 1 -

4.

Based upon the evidence adduced to date, the Parties wish to gather medical evidence from non-parties and may seek testimony from additional expert witnesses.

5.

The Parties state that this extension of time to complete discovery is made in good faith and is not intended to delay the proceedings. Further, neither party will be prejudiced by this discovery extension as both Parties have consented to same.

WHEREFORE, the Parties to this motion respectfully request that the Court **GRANT** an extension of time to complete pre-trial discovery up to and including **Friday, July 14, 2017,** with civil motions excluding motions *in limine* due on or by **Friday, August 18, 2017**. A proposed Order has been attached hereto for the Court's consideration.

Respectfully submitted, this 15th day of May, 2017.

Prepared and consented to by:
**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

*/s/ Mary K. Walker*
**SHALENA COOK JONES**
Georgia Bar No. 526846
**MARY K. WALKER**
Georgia Bar No. 398572
*Attorneys for Defendant*

513 E. Oglethorpe Avenue, Suite G
Savannah, GA 31401
Tel.: (912) 501-3434
Fax: (912) 501-3504
Email: mwalker@cmlawfirm.com

*/s/ Brandon K. Dial*
**BRANDON K. DIAL** *(signed by MKW WEP)*
Georgia Bar No. 378914
*Attorney for Plaintiff*

561 Greene Street
Augusta, GA 30901
Tel: (706) 823- 2001
Email: brandondiallaw@gmail.com

- 2 -

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LINDA KNOEFERL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE NO. 1:16CV00152 JRH-BKE |
| CRACKER BARREL OLD COUNTRY | ) | |
| STORE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed this pleading, **CONSENT MOTION TO EXTEND DISCOVERY PERIOD** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

Brandon K. Dial, Esq.
BRANDON K. DIAL, LLC
561 Greene Street
Augusta, GA 30901
brandondiallaw@gmail.com
*Attorney for Plaintiff*

This 15TH day of May, 2017.

CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP

/s/ Mary K. Walker
**SHALENA COOK JONES**
Georgia Bar No. 526846
**MARY K. WALKER**
Georgia Bar No. 398572
*Attorneys for Defendant*

513 E. Oglethorpe Avenue, Suite G
Savannah, GA 31401
Tel.: (912) 501-3434
Fax: (912) 501-3504 – fax
Email: mwalker@cmlawfirm.com

{Firm/2005/00002/PLEADING/01598261.DOCX }