IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LINDA KNOEFERL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CRACKER BARREL OLD COUNTRY STORE )<br>)<br>Defendant. ) | CIVIL ACTION FILE NO.:<br>l:16CV00152JRH-BKE |

# **MOTION FOR LEAVE OF ABSENCE**

COMES NOW the undersigned counsel for the Defendant and moves this Court for a leave of absence for family vacations and events during the following periods:

> **July 21, 2017 through and including July 28, 2017;**
> **August 2, 2017 through and including August 4, 2017;**
> **November 21, 2017 through and including November 24, 2017; and**
> **December 25, 2017 through and including December 29, 2017**

Pursuant to Local Rule 83.9, SDGA, this Court may grant such requests as a matter of course in the absence of a prompt objection.

Respectfully submitted, this 8TH day of June, 2017.

**CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP**

__/s/ Shalena Cook Jones_____
**Shalena Cook Jones**
Georgia Bar No. 526846
*Counsel for Plaintiff*

513 East Oglethorpe Avenue, Suite-G
Savannah, Georgia 31401
912-501-3434 (Telephone)
912-501-3504 (Facsimile)
sjones@cmlawfirm.com (Email)
(Note: Email address is provided pursuant to USCR 4.2. However, Defendant does not consent to electronic service other than from the Court. O.C.G.A. § 9-11-5(f))

- 1 -

{Firm/2005/00002/01612116.DOCX }

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed **MOTION FOR LEAVE OF ABSENCE** with the Clerk of Court using the CM/ECF system and I have served a copy of same to all counsel of record, via U.S. Mail, addressed as follows:.

Brandon K. Dial, Esq.
BRANDON K. DIAL, LLC
561 Greene Street
Augusta, GA 30901
*(Attorney for Plaintiff)*

This 8TH day of June, 2017.

**CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP**

__/s/ Shalena Cook Jones_____
**Shalena Cook Jones**
Georgia Bar No. 526846
*Counsel for Plaintiff*

513 East Oglethorpe Avenue, Suite-G
Savannah, Georgia 31401
912-501-3434 (Telephone)
912-501-3504 (Facsimile)
sjones@cmlawfirm.com (Email)
(Note: Email address is provided pursuant to USCR 4.2. However, Defendant does not consent to electronic service other than from the Court. O.C.G.A. § 9-11-5(f))