IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LINDA KNOEFERL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-152 |
| | ) | |
| CRACKER BARREL OLD COUNTRY STORE, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

_____

**REVISED SCHEDULING ORDER**
_____

Having reviewed the parties' joint motion to extend the discovery period, (doc. no. 31), the Court **GRANTS** the request and accordingly extends the discovery deadline as follows:

CLOSE OF DISCOVERY                                    October 13, 2017

All provisions of the prior Scheduling Orders (doc. nos. 11, 22, 28) not revised herein shall remain in full force and effect. In particular, the last day for filing civil motions, including Daubert motions but excluding motions in limine, is August 18, 2017. The Court also expects that no further requests for extensions will be made absent compelling, unforeseen circumstances. Any such request for an extension must be directed to Chief United States District Judge J. Randal Hall.

SO ORDERED this 18th day of July, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA