IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LINDA KNOEFERL, | * |
| Plaintiff, | * |
| v. | * CV 116-152 |
| CRACKER BARREL OLD COUNTRY STORE, INC, | * |
| Defendant. | * |

# O R D E R

Before the Court is Priscilla Taveras and Bradley Knoeferl's unopposed "Motion to Substitute Proper Party" pursuant to Federal Rule of Civil Procedure 25(a). (Doc. 47.) Plaintiff, Linda Knoeferl, died on February 25, 2018. Counsel for Plaintiff filed a notice of her death on March 23, 2018. (Doc. 46.) On June 6, 2018, the Probate Court of Columbia County, Georgia, named Priscilla Taveras and Bradley Knoeferl as Co-Temporary Administrators for the Estate of Linda Knoeferl. (Doc. 47.) On June 11, 2018, Priscilla Taveras and Bradley Knoeferl filed this motion asking to be substituted as party in place of Plaintiff. (Id.)

Rule 25(a) governs substitution of parties after death. Under Rule 25(a):

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a). Linda Knoeferl died on February 25, 2018, and her counsel noticed her death on March 23, 2018. Priscilla Taveras and Bradley Knoeferl are representatives of Linda Knoeferl's estate and filed this motion to substitute within 90 days after the notice of death was served. Accordingly, the Court **GRANTS** the motion. (Doc. 47.) The Clerk **SHALL TERMINATE** Linda Knoeferl as a party to this case and **SUBSTITUTE** Priscilla Taveras and Bradley Knoeferl, as Co-Temporary Administrators of the Estate of Linda Knoeferl, as plaintiffs.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of July, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA