IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| PRISCILLA TAVERAS and BRADLEY KNOEFERL, Co-Permanent Administrators of the Estate of Linda Knoeferl, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> CRACKER BARREL OLD COUNTRY STORE, INC., <br><br> Defendant. | * * * * * * * * * * * * * * | CV 116-152 |

**O R D E R**

Before the Court are the following motions: (1) Plaintiffs' unopposed Notice/Motion to Properly Identify Plaintiff (Doc. 51); and (2) the Parties' Consent Motion to Extend Pretrial Deadlines (Doc. 53).

First, Plaintiffs request that the Court replace their present titles as "Co-Temporary Administrators of the Estate of Linda Knoeferl" with "Co-Permanent Administrators of the Estate of Linda Knoeferl." (Mot. to Properly Identify Pl., ¶¶ 4, 6.) Plaintiffs represent the Probate Court of Columbia County, Georgia, granted them permanent letters of administration on July 24, 2018. (Id. ¶ 5.) Upon due consideration, the Court **GRANTS** Plaintiffs' motion (Doc. 51). The Clerk is directed to **IDENTIFY** Plaintiffs in accordance with this Order.

Second, the Parties request a sixty-day extension of the deadlines set forth in the Court's Order dated October 29, 2018. (Doc. 49.) Based on the Parties' motion, the Court finds good reason to extend the October 29, 2018 Order's deadlines. Accordingly, the Court **GRANTS IN PART AND DENIES IN PART** the Parties' Consent Motion to Extend Pretrial Deadlines (Doc. 53). The pretrial conference, jury selection, and trial assignment are hereby **CONTINUED** until rescheduled by the Court. The Clerk is directed to **TERMINATE** the remaining deadlines established by the Court's October 29, 2018 Order. Finally, the Parties **SHALL FILE** a joint status report no later than **SIXTY (60) DAYS** from the date of this Order advising whether their attempts to resolve this matter were successful.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of December, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA