# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

PRISCILLA TAVERAS and BRADLEY KNOEFERL, Co-Permanent Administrators of the Estate of Linda Knoeferl, deceased,

    Plaintiffs,

v.

CRACKER BARREL OLD COUNTRY STORE, INC.,

    Defendant.

CV 116-152

## O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 56.) All parties signed the stipulation. Upon due consideration, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all other motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of January, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA